■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS SANTIAGO, Appellant. — Judgment of the Supreme Court, Kings County (Donnelly, J.),

rendered March 27, 1980, affirmed. (See *People v Del Vermo,* 192 NY 470; *People v Edwards,* 47 NY2d 493; *People v O'Neall,* 64 AD2d 874, affd 47 NY2d 952; *People v Egan,* 78 AD2d 34.) Mollen, P. J., Mangano, Gibbons and Thompson, JJ., concur.